```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/13/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,                          :
                                                   :
                  **Plaintiff,**        :
                                                   :   23-CR-116 (ALC)
   -against-                                       :
                                                   :   **ORDER**
ROGER LEDERHILGER,                                 :
                                                   :
                  **Defendant.**        :
                                                   :
-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Arraignment scheduled for March 13, 2023 is adjourned to **2:45 a.m.**

SO ORDERED.

Dated:  New York, New York
        March 13, 2023

_____
ANDREW L. CARTER, JR.
United States District Judge