```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-14-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                              Plaintiff,

      -against-

ROGER LEDERHILGER,

                              Defendant.

------------------------------------------------------------ x

23-CR-116 (ALC)

**AMENDED ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Arraignment scheduled for March 14, 2023 is adjourned to **2:45 p.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
            **March 14, 2023**

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**