**MEMO ENDORSED**

# SPEARS & IMES LLP

767 Third Avenue
New York, NY 10017
tel 212 213-6996
fax 212 213-0849

Max Nicholas
tel 212 213 1715
mnicholas@spearsimes.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/16/23__

November 13, 2023

**BY ECF**

Hon. Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Robert W. Lederhilger*, 23 Cr. 116 (ALC)

Dear Judge Carter:

    I respectfully write to request that the status conference currently scheduled in this matter for November 28, 2023 be adjourned for approximately 60 days. The reason for this request is that the Government is still in the process of producing to the defendant the voluminous discovery materials in this case, and more time is required for the Government to complete its productions and, following their completion, for the defendant to review them.

    I have discussed this request and the underlying reason for it by email with AUSA Camille Fletcher, and the Government joins in this request. The Government has asked me to include in this letter its request that time be excluded under the Speedy Trial Act until the date that the Court sets for the next conference. The defense consents to the exclusion of time under the Speedy Trial Act.

    Thank you for considering these requests.

Respectfully submitted,

____/s/_____

SPEARS & IMES LLP
Max Nicholas
212-213-1715
mnicholas@spearsimes.com
Counsel for Robert W. Lederhilger

---

The application is **GRANTED**. The status conference is adjourned to 1/30/24 at 12:30 p.m. Time excluded from 11/28/23 to 1/30/24 in the interest of justice.

*/s/ Andrew L. Carter*
11/16/23