

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

November 5, 2024

**BY ECF**

Hon. Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___11/6/24_____

**United States v. Robert W. Lederhilger, 23 Cr. 116 (ALC)**

Dear Judge Carter:

I respectfully write in advance of the status conference scheduled for November 20, 2024 in this case to request that Mr. Lederhilger be permitted to appear via telephone at the conference (with counsel appearing in-person). The reason for this request is that Mr. Lederhilger resides in Florida and has childcare responsibilities at home, and appearing by telephone would allow him to avoid the need to travel to New York. I have conferred with the Government, and they consent to this request.

Thank you for considering this request.

The application is **GRANTED**.
So Ordered.

*[signature]*
11/6/2024

Respectfully submitted,

/s/ *Max Nicholas*
_____
Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com