```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-2-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

— v. —   :   23-CR-00116 (ALC)

:   **ORDER**

ROBERT LEDERHILGER, III,

                Defendant.

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Final Pre-Trial Conference scheduled for July 15, 2025, at 11:00 a.m. is ADJOURNED to **11:30 a.m.**

**SO ORDERED.**

Dated:     New York, New York
              July 2, 2025

                                  _____
                                  ANDREW L. CARTER, JR.
                                  **United States District Judge**