**MEMO ENDORSED**



U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/7/2025__

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 2, 2025

**BY ECF**

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Robert W. Lederhilger*, 23 Cr. 116 (ALC)

Dear Judge Carter,

The parties write to request a four-day extension on the deadline to respond to motions *in limine*, which are currently due on July 7, 2025. The oppositions to the motions *in limine* would instead be due on July 11, 2025. Under the current schedule, replies to the motions are due on July 11, 2025. In light of this request, the parties would forgo any reply briefing to accommodate the extension.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:   Camille L. Fletcher
Camille L. Fletcher
Getzel Berger
Kevin Grossinger
Assistant United States Attorney
Southern District of New York
(212) 637-2383 / 1061 / 2426

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 7, 2025
New York, NY