UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

- v. -   23-CR-00116 (ALC)

ORDER

ROBERT LEDERHILGER, III,

                Defendant.

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Parties are ORDERED to submit a joint status report as to the status of a pretrial disposition of this matter, if any, on Friday, July 18, 2025.

**SO ORDERED.**

Dated:    New York, New York
             July 16, 2025

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**