UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

- v. -  :  23-CR-00116 (ALC)

  :  <u>ORDER</u>

ROBERT LEDERHILGER, III,

               Defendant.
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Parties are ORDERED to appear before the Court for an in-person conference on **Monday, July 21, 2025 at 12 p.m.** in Courtroom 444, Thurgood Marshall United States Courthouse.

SO ORDERED.

Dated:    New York, New York
             July 18, 2025

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**