UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――x

UNITED STATES OF AMERICA,

       - v. -                                      23-CR-00116 (ALC)

                                                                ORDER

**ROBERT LEDERHILGER, III,**

                **Defendant.**

―――――――――――――――――――――――――――x

**ANDREW L. CARTER, JR., District Judge:**

     In connection with the examination of prospective jurors, the Parties are ORDERED to submit to the Court a list of anticipated witnesses, as well as a list of all relevant individuals, entities, and locations that may be mentioned during the trial. The submission will be due on September 5, 2025 at 5 P.M.

**SO ORDERED.**

**Dated:**     **September 2, 2025**
                  **New York, NY**

                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**