UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

UNITED STATES OF AMERICA,

        - v. -                                  23-CR-00116 (ALC)

**ORDER**

ROBERT LEDERHILGER, III,

                **Defendant.**

_____x

**ANDREW L. CARTER, JR., District Judge:**

    The Court ORDERS Defendant to respond to the government's September 2 Supplemental Motion in Limine (ECF No. 65) by September 4, 2025 at 5 p.m.

Dated:    September 3, 2025
              New York, NY

                                                  **ANDREW L. CARTER, JR.**
                                                **United States District Judge**