UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

UNITED STATES OF AMERICA,

    - v. -                                            23-CR-00116 (ALC)

                                                                    ORDER

ROBERT LEDERHILGER, III,

                Defendant.

———————————————————————x

ANDREW L. CARTER, JR., District Judge:

      The Court ORDERS the Government to respond to Defendant's September 4 Opposition to the Government's Supplemental Motion in Limine (ECF No. 67) by September 5, 2025 at 12 p.m.

Dated:      September 4, 2025
                New York, NY

                                                          _/s/ Andrew L. Carter, Jr._

                                                          ANDREW L. CARTER, JR.
                                                          United States District Judge