UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————x

UNITED STATES OF AMERICA,

       - v. -                                     23-CR-00116 (ALC)

**ORDER**

**ROBERT LEDERHILGER, III,**

                    **Defendant.**

———————————————————————————x

**ANDREW L. CARTER, JR., District Judge:**

      In connection with the Government's Supplemental Motion in Limine (ECF No. 67), the Court ORDERS the Parties to respond to the following questions:

1. Is there any agreement, written or otherwise, between Witness-1 and the Government?
2. Does Witness-1 have or need an attorney?

The Parties must file their responses by 5 p.m. today.

SO ORDERED.

Dated:     September 5, 2025
               New York, NY

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**