UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────x

UNITED STATES OF AMERICA,

       - v. -                               23-CR-00116 (ALC)

ORDER

ROBERT LEDERHILGER, III,

              Defendant.

───────────────────────────────────x

**ANDREW L. CARTER, JR., District Judge:**

The Court, having considered the Parties' papers in connection with the motions *in limine* filed by the Government on July 1, 2025 (ECF No. 42) over which the Court reserved judgment during the July 15, 2025 conference, hereby **GRANTS** the Government's request to admit statements by Defendant's assistant and **GRANTS in part** the Government's request to admit evidence of Defendant's use of the fraud proceeds, except to the extent the evidence relates to Defendant's purchases of items that falsely appeared to be luxury items.

**SO ORDERED.**

Dated:    **September 5, 2025**
             **New York, NY**

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**