

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

December 10, 2025

**BY ECF**

Hon. Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___12/12/25___

### United States v. Robert W. Lederhilger, 23 Cr. 116 (ALC)

Dear Judge Carter:

I respectfully write to request an adjournment of the sentencing proceeding for Robert Lederhilger in the above-captioned case, which is presently scheduled for January 15, 2026, to the week of February 9, 2026, or, if more convenient for the Court's schedule, to the week of February 16 or February 23, 2026. I have conferred with Government counsel, and the Government consents to this request.

The main purpose of this request is to ensure that the defense has sufficient time with the final Pre-Sentence Investigation Report, which has not yet been completed, to properly prepare its sentencing memorandum on behalf of the defendant, particularly in light of the upcoming December holidays. The additional time will also the defense to continue to gather materials in support of the defendant in advance of sentencing, and to prepare the defendant for the sentencing proceeding.

I have spoken with Government counsel AUSA Camille Fletcher, and the Government consents to this request. This is the first request by either party for an adjournment of the sentencing. For the Court's awareness in connection with scheduling, Government counsel is unavailable from the last week of January through February 6, and defense counsel is unavailable the weeks of March 2 and March 9.

I thank the Court for its consideration of this request.

The application is **GRANTED**. The sentencing is  adjourned
to February 24, 2026 at 3:30 p.m.
So Ordered.

Respectfully submitted,

/s/ *Max Nicholas*
_____
Max Nicholas LLC
40 Exchange Place
New York, NY 10005

12/12/25