MAX NICHOLAS LLC

100 Pearl Street, Suite 1801
New York, New York 10004
646-741-0229

**maxnicholasllc.com**

June 23, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________________
DATE FILED: 7/8/26

**BY ECF**
Hon. Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**United States v. Robert W. Lederhilger III, S1 23 Cr. 116 (ALC)**

Dear Judge Carter:

The defendant in the above-captioned case, Robert Lederhilger, is presently scheduled to surrender to the Bureau of Prisons on July 10, 2026 to begin the term of imprisonment to which he was sentenced. We respectfully write to the Court to seek a two-month adjournment of his surrender date, until on or about October 12, 2026, in order to allow Mr. Lederhilger time to address a medical issue that has arisen for him since the time of his sentencing and for which he is scheduled to see a specialist next month. We have discussed this medical issue with the Government, including sharing with them the nature of the issue and the date of Mr. Lederhilger's appointment with the specialist, and the Government consents to this request for an adjournment of the surrender date.

Mr. Lederhilger has also not yet received a designation for a Bureau of Prisons facility.

This is the first request by either party to adjourn Mr. Lederhilger's surrender date. We thank the Court for its consideration of this request.

The application is **GRANTED**. The surrender date is adjourned to 10/12/26.
So Ordered.

Andrew L. Carter Jr.
7/8/26

Respectfully submitted,

MAX NICHOLAS LLC

By: *Max Nicholas*

100 Pearl Street
Suite 1801
New York, NY 10004
646-741-0229
maxn@maxnicholasllc.com